No. 518, October Term, 1958. ATLANTIC REFINING CO. ET AL. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK ET AL.; and

No. 536, October Term, 1958. TENNESSEE GAS TRANSMISSION CO. *v.* PUBLIC SERVICE COMMISSION OF NEW YORK ET AL., 360 U. S. 378. The motion of Long Island Lighting Company to recall and amend the judgment is denied. *David K. Kadane* and *Bertram D. Moll* for Long Island Lighting Co., respondent-movant. *William C. Braden, Harry S. Littman* and *Jack Werner* for Tennessee Gas Transmission Co., petitioner in No. 536, in opposition.